# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131304

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RAPHAEL SANDERS,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131304
COA: 268743
Wayne CC: 01-012495-01

_____/

      On order of the Court, the application for leave to appeal the April 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

s0821